**In re MARRIAGE OF Donald A MEHLER and Norma L. Mehler**

Donald A. MEHLER, Petitioner/Respondent,

v.

Norma L. MEHLER, Respondent/Appellant.

No. 72377.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 16, 1997.

Randall D. Sherman, Wegmann, Gasaway, Stewart, Schneider, Hillsboro, for respondent/appellant.

Kurt D. Breeze, Dodson, Breeze, Kister, Roberts & Millan, Festus, for petitioner/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).